# EXHIBIT A

## TEXAS DEPARTMENT OF INSURANCE



**THIS IS TO CERTIFY THAT**

On May 15, 2017, the Commissioner of Insurance of the State of Texas, pursuant to TEX. INS. CODE ANN., Chapter 804, received a citation and Plaintiff's Original Petition for services on International Insurance Company of Hannover SE; in Cause No. C-2066-17-H; styled *IBM Warehousing LLC and CI Logistics, LLC vs. Underwriters at Lloyd's, London, d/b/a Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Princeton Excess and Surplus Lines Insurance Company and International Insurance Company of Hanover SE;* in the 389th Judicial District Court, Hidalgo County, Texas.

**THIS IS TO FURTHER CERTIFY THAT** on May 24, 2017, the above captioned documents were forwarded to Thomas M. Dawson, c/o Drinker Biddle, 1177 Avenue of the Americas, Fl. 41, New York, NY 10036-2714 by certified mail, return receipt requested. The return receipt, No. 7016 2070 0000 2661 4642, was returned to this office and the date of delivery was May 30, 2017.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT AUSTIN, TEXAS,

THIS 15th DAY OF JUNE, 2017

KEVIN BRADY
DEPUTY COMMISSIONER FOR AGENCY AFFAIRS
TEXAS DEPARTMENT OF INSURANCE
DELEGATION ORDER 4506



BY _____
NORMA GARCIA, GENERAL COUNSEL
GENERAL COUNSEL DIVISION

# TEXAS DEPARTMENT OF INSURANCE



**THIS IS TO CERTIFY THAT**

On May 15, 2017, the Commissioner of Insurance of the State of Texas, pursuant to TEX. INS. CODE ANN., Chapter 804, received a citation and Plaintiff's Original Petition for services on Lexington Insurance Company; in Cause No. C-2066-17-H; styled *IBM Warehousing LLC and CI Logistics, LLC vs. Underwriters at Lloyd's, London, d/b/a Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Princeton Excess and Surplus Lines Insurance Company and International Insurance Company of Hanover SE;* in the 389th Judicial District Court, Hidalgo County, Texas.

**THIS IS TO FURTHER CERTIFY THAT** on May 24, 2017, the above captioned documents were forwarded to Jeremy D. Edgecliffe-Johnson, President, Lexington Insurance Company, 99 High St., Fl. 23, Boston, MA 02110-2378 by certified mail, return receipt requested. The return receipt, No. 7016 2070 0000 2661 4635, was returned to this office and the date of delivery was June 7, 2017.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT AUSTIN, TEXAS,

THIS 15th DAY OF JUNE, 2017

KEVIN BRADY
DEPUTY COMMISSIONER FOR AGENCY AFFAIRS
TEXAS DEPARTMENT OF INSURANCE
DELEGATION ORDER 4506

BY _____
NORMA GARCIA, GENERAL COUNSEL
GENERAL COUNSEL DIVISION



## TEXAS DEPARTMENT OF INSURANCE



**THIS IS TO CERTIFY THAT**

On May 15, 2017, the Commissioner of Insurance of the State of Texas, pursuant to TEX. INS. CODE ANN., Chapter 804, received a citation and Plaintiff's Original Petition for services on Steadfast Insurance Company; in Cause No. C-2066-17-H; styled *IBM Warehousing LLC and CI Logistics, LLC vs. Underwriters at Lloyd's, London, d/b/a Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Princeton Excess and Surplus Lines Insurance Company and International Insurance Company of Hanover SE;* in the 389th Judicial District Court, Hidalgo County, Texas.

**THIS IS TO FURTHER CERTIFY THAT** on May 24, 2017, the above captioned documents were forwarded to Nancy D. Mueller, President, Steadfast Insurance Company, 1400 American Lane, Tower 1, 19th Floor, Schaumburg, IL 60196-1056 by certified mail, return receipt requested. The return receipt, No. 7016 2070 0000 2661 4604 was returned to this office and the date of delivery was June 1, 2017.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT AUSTIN, TEXAS,

THIS  15th  DAY OF JUNE, 2017

KEVIN BRADY
DEPUTY COMMISSIONER FOR AGENCY AFFAIRS
TEXAS DEPARTMENT OF INSURANCE
DELEGATION ORDER 4506

BY /s/ Norma Garcia
NORMA GARCIA, GENERAL COUNSEL
GENERAL COUNSEL DIVISION



## TEXAS DEPARTMENT OF INSURANCE



**THIS IS TO CERTIFY THAT**

On May 15, 2017, the Commissioner of Insurance of the State of Texas, pursuant to TEX. INS. CODE ANN., Chapter 804, received a citation and Plaintiff's Original Petition for services on QBE Specialty Insurance Company; in Cause No. C-2066-17-H; styled *IBM Warehousing LLC and CI Logistics, LLC vs. Underwriters at Lloyd's, London, d/b/a Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Princeton Excess and Surplus Lines Insurance Company and International Insurance Company of Hanover SE;* in the 389th Judicial District Court, Hidalgo County, Texas.

**THIS IS TO FURTHER CERTIFY THAT** on May 24, 2017, the above captioned documents were forwarded to Robert V. James, President, QBE Specialty Insurance Company, Wall Street Plaza, 88 Pine Street, Fl. 4, New York, NY 10005-1835 by certified mail, return receipt requested. The return receipt, No. 7016 2070 0000 2661 4628, was returned to this office and the date of delivery was June 2, 2017.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT AUSTIN, TEXAS,

THIS 15th DAY OF JUNE, 2017

KEVIN BRADY
DEPUTY COMMISSIONER FOR AGENCY AFFAIRS
TEXAS DEPARTMENT OF INSURANCE
DELEGATION ORDER 4506

BY _____
NORMA GARCIA, GENERAL COUNSEL
GENERAL COUNSEL DIVISION



# TEXAS DEPARTMENT OF INSURANCE



**THIS IS TO CERTIFY THAT**

On or about May 15, 2017, the Commissioner of Insurance of the State of Texas, pursuant to TEX. INS. CODE ANN., Chapter 804, received a citation and Plaintiff's Original Petition for services on Princeton Excess and Surplus Lines Insurance Company; in Cause No. C-2066-17-H; styled *IBM Warehousing LLC and CI Logistics, LLC vs. Underwriters at Lloyd's, London, d/b/a Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Princeton Excess and Surplus Lines Insurance Company and International Insurance Company of Hanover SE;* in the 389th Judicial District Court, Hidalgo County, Texas.

**THIS IS TO FURTHER CERTIFY THAT** on May 24, 2017 the above captioned documents were forwarded to John P. Vasturia, President, Princeton Excess and Surplus Lines Insurance Company, 55 College Road East, Princeton, NJ 08543 by certified mail, return receipt requested. The return receipt, No. 7016 2070 0000 2661 4611, was returned to this office and the date of delivery was June 2, 2017.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT AUSTIN, TEXAS,

THIS 15th DAY OF JUNE, 2017

KEVIN BRADY
DEPUTY COMMISSIONER FOR AGENCY AFFAIRS
TEXAS DEPARTMENT OF INSURANCE
DELEGATION ORDER 4506

BY _____
NORMA GARCIA, GENERAL COUNSEL
GENERAL COUNSEL DIVISION



# TEXAS DEPARTMENT OF INSURANCE



**THIS IS TO CERTIFY THAT**

On May 15, 2017, the Commissioner of Insurance of the State of Texas, pursuant to TEX. INS. CODE ANN., Chapter 804, received a citation and Plaintiff's Original Petition for services on General Security Indemnity Company of Arizona; in Cause No. C-2066-17-H; styled *IBM Warehousing LLC and CI Logistics, LLC vs. Underwriters at Lloyd's, London, d/b/a Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Princeton Excess and Surplus Lines Insurance Company and International Insurance Company of Hanover SE;* in the 389th Judicial District Court, Hidalgo County, Texas.

**THIS IS TO FURTHER CERTIFY THAT** on May 24, 2017, the above captioned documents were forwarded to Jean-Paul Conoscente, President, General Security Indemnity Company of Arizona, 199 Water Street, New York City, NY 10038 by certified mail, return receipt requested. The return receipt, No. 7016 2070 0000 2661 4666, was returned to this office and the date of delivery was May 30, 2017.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT AUSTIN, TEXAS,

THIS 15th DAY OF JUNE, 2017

KEVIN BRADY
DEPUTY COMMISSIONER FOR AGENCY AFFAIRS
TEXAS DEPARTMENT OF INSURANCE
DELEGATION ORDER 4506



BY _____
NORMA GARCIA, GENERAL COUNSEL
GENERAL COUNSEL DIVISION

# TEXAS DEPARTMENT OF INSURANCE



**THIS IS TO CERTIFY THAT**

On May 15, 2017, the Commissioner of Insurance of the State of Texas, pursuant to TEX. INS. CODE ANN., Chapter 804, received a citation and Plaintiff's Original Petition for services on Indian Harbor Insurance Company; in Cause No. C-2066-17-H; styled *IBM Warehousing LLC and CI Logistics, LLC vs. Underwriters at Lloyd's, London, d/b/a Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Princeton Excess and Surplus Lines Insurance Company and International Insurance Company of Hanover SE;* in the 389th Judicial District Court, Hidalgo County, Texas.

**THIS IS TO FURTHER CERTIFY THAT** on May 24, 2017, the above captioned documents were forwarded to Indian Harbor Insurance Company, Toni Ann Perkins, Vice President, c/o XL America, Inc., 70 Seaview Avenue, Stamford, CT 06902-6040 by certified mail, return receipt requested. The return receipt, No. 7016 2070 0000 2661 4659, was returned to this office and the date of delivery was May 30, 2017.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT AUSTIN, TEXAS,

THIS 15th DAY OF JUNE, 2017

KEVIN BRADY
DEPUTY COMMISSIONER FOR AGENCY AFFAIRS
TEXAS DEPARTMENT OF INSURANCE
DELEGATION ORDER 4506

BY _____
NORMA GARCIA, GENERAL COUNSEL
GENERAL COUNSEL DIVISION



## TEXAS DEPARTMENT OF INSURANCE



**THIS IS TO CERTIFY THAT**

On May 26, 2017, the Commissioner of Insurance of the State of Texas, pursuant to TEX. INS. CODE ANN., Chapter 804, received a citation and Plaintiff's Original Petition for services on Underwriters at Lloyd's, London; in Cause No. C-2066-17-H; styled *IBM Warehousing LLC and CI Logistics, LLC vs. Underwriters at Lloyd's, London, d/b/a Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Princeton Excess and Surplus Lines Insurance Company and International Insurance Company of Hanover SE;* in the 389th Judicial District Court, Hidalgo County, Texas.

**THIS IS TO FURTHER CERTIFY THAT** on May 26, 2017 the above captioned documents were forwarded to Edward T. Smith, Esq., Mendes & Mount, LLP, Underwriters at Lloyd's, London, 750 Seventh Avenue, New York, NY 10019-6829 by certified mail, return receipt requested. The return receipt, No. 7016 2070 0000 2661 4697, was returned to this office and the date of delivery was May 30, 2017.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT AUSTIN, TEXAS,

THIS 15th DAY OF JUNE, 2017



KEVIN BRADY
DEPUTY COMMISSIONER FOR AGENCY AFFAIRS
TEXAS DEPARTMENT OF INSURANCE
DELEGATION ORDER 4506

BY _____
NORMA GARCIA, GENERAL COUNSEL
GENERAL COUNSEL DIVISION

# TEXAS DEPARTMENT OF INSURANCE



**THIS IS TO CERTIFY THAT**

On May 15, 2017, the Commissioner of Insurance of the State of Texas, pursuant to TEX. INS. CODE ANN., Chapter 804, received a citation and Plaintiff's Original Petition for services on United Specialty Insurance Company; in Cause No. C-2066-17-H; styled *IBS Warehousing LLC and CI Logistics, LLC vs. Underwriters at Lloyd's, London, d/b/a Certain Underwriters at Lloyd's, London, Indian Harbor Insurance Company, QBE Specialty Insurance Company, Steadfast Insurance Company, General Security Indemnity Company of Arizona, United Specialty Insurance Company, Lexington Insurance Company, Princeton Excess and Surplus Lines Insurance Company and International Insurance Company of Hanover SE;* in the 389th Judicial District Court, Hidalgo County, Texas.

**THIS IS TO FURTHER CERTIFY THAT** on May 24, 2017 the above captioned documents were forwarded to Matthew A. Freeman, President, United Specialty Insurance Company, 1900 L Don Dodson Drive, Bedford, Texas 76021 by certified mail, return receipt requested. The return receipt, No. 7016 2070 0000 2661 4673, was returned to this office and the date of delivery was May 26, 2017.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE AT AUSTIN, TEXAS,

THIS _____ DAY OF JULY, 2017

KEVIN BRADY
DEPUTY COMMISSIONER FOR AGENCY AFFAIRS
TEXAS DEPARTMENT OF INSURANCE
DELEGATION ORDER 4506

BY _____
NORMA GARCIA, GENERAL COUNSEL
GENERAL COUNSEL DIVISION

